**Ernest Horley BROUGHTON, Appellant, v. UNITED STATES of America.**

No. 11954.

Circuit Court of Appeals, Eighth Circuit.

Feb. 28, 1941.

L. K. Person, of Garland, Ark., and Charles A. Beasley, Jr., of Texarkana, Ark., for appellant.

Clinton R. Barry, U. S. Atty., and John E. Harris, Asst. U. S. Atty., both of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs, under Rule 37. Defendant in District Court ordered to surrender to custody, etc.